The People of the State of New York, Respondent, v. Hector Lopez, Defendant, and Roberto Lopez, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.

Helen M. Coleman, Appellant, v. Donald Padgett, Individually and as Executor of Florence Wood, Deceased, et al., Respondents.—

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.

The People of the State of New York v. Norbert Harris, Also Known as James Clark.—

Concur — Capozzoli, J. P., Nunez, McNally, Steuer and Tilzer, JJ.